IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DEMARCO MILLER, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:10-CV-1417-TWT-CCH |
| PROUDFOOT CONSULTING and : | |
| ALEXANDER PROUDFOOT, : | |
| : | |
| Defendants. | |

**O R D E R**

Attached is the report and recommendation of the United States Magistrate Judge in this action in accordance with 28 U.S.C. § 636(b)(1) and this Court's Civil Local Rule 72.

Pursuant to 28 U.S.C. § 636(b)(1), each party may file written objections, if any, to the report and recommendation within fourteen (14) days of service of this Order.  Should objections be filed, they shall specify with particularity the alleged error or errors made (including reference by page number to the transcript if applicable) and shall be served upon the opposing party.  The party filing objections will be responsible for obtaining and filing the transcript of any evidentiary hearing for review by the District Court.  If no objections are filed, the report and

recommendation may be adopted as the opinion and order of the District Court and any appellate review of factual findings will be limited to a plain error review. United States v. Slay, 714 F.2d 1093 (11th Cir. 1983).

The Clerk is directed to submit the report and recommendation with objections, if any, to the District Court after expiration of the above time period.

**IT IS SO ORDERED** this 27th day of October, 2010.

_____
C. CHRISTOPHER HAGY
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DEMARCO MILLER, | : | CIVIL ACTION NO. |
| | : | 1:10-CV-1417-TWT-CCH |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PROUDFOOT CONSULTING and ALEXANDER PROUDFOOT, | : | |
| | : | |
| | : | **FINAL REPORT AND** |
| Defendants. | : | **RECOMMENDATION** |

The above-captioned Title VII action is before the Court on its Order [2] dated September 22, 2010, in which it noted that Plaintiff had not filed proof of service within 120 days of filing the Complaint, as directed by Rule 4(l) of the Federal Rules of Civil Procedure. The Court ordered Plaintiff to file proof of service within fourteen (14) days of the Court's Order, and if he did not do so, the Court ordered Plaintiff to show cause in writing within thirty (30) days of the Order why this case should not be dismissed for want of prosecution pursuant to Fed. R. Civ. P. 41(b) and Local Rule 41.2B. Plaintiff was specifically advised that a failure to respond to that Order would result in a dismissal of this action for failure to obey a lawful Order of the Court. See LR 41.3(A)(2), NDGa.

As of this date, Plaintiff has not filed any proof of service with the Court, nor has he responded to the Court's Order to show cause why this action should not be

dismissed.  Because Plaintiff has failed to effect timely service upon Defendants, and has failed to comply with a lawful Order of the Court, the undersigned **RECOMMENDS** that this action be **DISMISSED** without prejudice for failure of service and want of prosecution.  See Fed. R. Civ. P. 4(m) ("If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court . . . shall dismiss the action without prejudice as to that defendant."); see also Fed. R. Civ. P. 41(b); LR 41.2B and 41.3A, NDGa.

As this is a Final Report and Recommendation, there is nothing further in this action pending before the undersigned.  Accordingly, the Clerk is **DIRECTED** to terminate the reference of this matter to the undersigned.

**IT IS SO RECOMMENDED** this 27th day of October, 2010.

_____
C. CHRISTOPHER HAGY
UNITED STATES MAGISTRATE JUDGE