IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEMARCO MILLER,

    Plaintiff,

      v.

PROUDFOOT CONSULTING, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:10-CV-1417-TWT

## ORDER

This is a pro se employment discrimination case.  It is before the Court on the

Report and Recommendation [Doc. 3] of the Magistrate Judge recommending that this

action be dismissed without prejudice for failure to effectuate service and want of

prosecution.  I approve and adopt the Report and Recommendation as the judgment

of the Court.  This action is DISMISSED without prejudice.

SO ORDERED, this 30 day of November, 2010.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge


T:\ORDERS\10\Miller\r&r.wpd